HUGHES v. AINSLEE.

APPEAL from the *Washington* Common Pleas.

RAY, J.—The appellant informs us that, "waiving all other objections to the ruling of the court below, he relies upon the error of the court in overruling the affidavit for a continuance, to reverse this case."

There are at least three somewhat serious objections to a reversal upon that ground. The affidavit is not made part

of the record by bill of exceptions. The ruling of the court upon the motion for a continuance was not assigned as a cause for a new trial in the court below. *Grey* v. *Stiver et al.*, 24 Ind. 174; *Kent* v. *Lawson*, 12 Ind. 675. There was no motion for a new trial.

The judgment is affirmed, with five per cent. damages, and costs.

*H. Heffren*, for appellant.

*J. A. Ghormley* and *M. C. Kerr*, for appellee.